UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>  -v-<br><br>MASSACHUSETTS BAY INSURANCE COMPANY and HANOVER INSURANCE COMPANY,<br><br>          Defendants. | 21 Civ. 10590 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict with a trial that is proceeding next week, the pre-motion conference currently scheduled for July 26, 2022, is rescheduled to August 3, 2022, at 4 p.m.

SO ORDERED.

                     *Paul A. Engelmayer*
                     Paul A. Engelmayer
                     United States District Judge

Dated: July 22, 2022
    New York, New York

1