UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SPECIALTY INSURANCE COMPANY,

                        Plaintiff,

-v-

MASSACHUSETTS BAY INSURANCE COMPANY
and HANOVER INSURANCE COMPANY,

                        Defendants.

21 Civ. 10590 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 3, 2022, the Court held a pre-motion conference in this case. At the conference, the Court set the following briefing schedule for plaintiff's anticipated motion for partial summary judgment:

- September 2, 2022: Plaintiff's opening brief.
- September 30, 2022: Defendants' opposition brief.
- October 14, 2022: Plaintiff's reply brief.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 3, 2022
       New York, New York

1