UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-v-

MASSACHUSETTS BAY INSURANCE COMPANY
and HANOVER INSURANCE COMPANY,

                Defendants.

21 Civ. 10590 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In light of the Court's having held a pre-motion conference in this case on August 3, 2022, during which the Court set a briefing schedule for plaintiff's motion for partial summary judgment, the case management conference previously scheduled for September 8, 2022, is adjourned.

SO ORDERED.

                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: September 6, 2022
          New York, New York