UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SPECIALTY INSURANCE CO.,

                      Plaintiff,

-v-

MASSACHUSETTS BAY INSURANCE CO., *et al.*,

                      Defendant.

21 Civ. 10590 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court adopts the following schedule regarding the parties' anticipated motions for summary judgment:

- November 3, 2023: Moving papers.
- November 17, 2023: Opposition papers.
- November 30, 2023: Reply papers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 13, 2023
       New York, New York